# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0216. KING et al. v. GREENBRIAR MARKETPLACE, II, LLC et al.**

Dismah and Marie King filed a notice of appeal from the trial court's order granting summary judgment to Greenbriar Marketplace II, LLC and Albert Ashkouti in this premises liability matter. The appeal was docketed on August 19, 2024, and the Kings' brief of appellants was due 20 days later, on September 9, 2024. The Kings failed to file a brief by the deadline and never asked for an extension of time to file the brief. Accordingly, their appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/23/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*